IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )      CR 119-017
                            )
LESTER FINLEY, JR.          )
```
_____

**O R D E R**
_____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 19.) Therefore, a motions hearing is not necessary, and the pending motion is **MOOT**. (Doc. no. 15.)

SO ORDERED this 5th day of April, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA