IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA        *
                                *
    v.                          *        CR 119-017
                                *
LESTER FINLEY, JR.              *

_____

O R D E R

_____

Before the Court is Defendant Lester Finley, Jr.'s motion for early termination of supervised release. Defendant has been supervised by the United States Probation Office in this district since his release, and he has served half of his three-year term. Defendant has been in full compliance with all areas of supervision. Neither the Probation Office nor the United States Attorney's Office opposes early termination. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of supervised release (doc. 66) is **GRANTED**. Defendant Lester Finley, Jr., is hereby discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this ___24th___ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA